**Tammy CUNNINGHAM, Petitioner,**

v.

**DEPARTMENT OF the TREASURY, Respondent.**

No. 2006–3366.

United States Court of Appeals, Federal Circuit.

Dec. 11, 2007.

*ORDER*

Upon consideration of Tammy Cunningham's unopposed motion to voluntarily dismiss this petition for review,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.